# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO MIO GUTIERREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>P. REYERSBACH, *et al.*,<br><br>        Defendants. | Case No.  2:22-cv-01492-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 9 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 9.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 9, is granted.

2. Plaintiff is granted until January 30, 2023 to file an amended complaint.

IT IS SO ORDERED.

Dated:    December 27, 2022           _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE