Ubaldo Mio Gutierrez #T-54483
Name and Prisoner/Booking Number

FOLSOM STATE PRISON
Place of Confinement

P.O. BOX 715071
Mailing Address

REPRESA, CA 95671
City, State, Zip Code

**FILED**

FEB 01 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Ubaldo Mio Gutierrez )
(Full Name of Plaintiff) )
               Plaintiff, )
                )
            v. )
                )
(1) P. REYERSBACH (c/o) )
(Full Name of Defendant) )
(2) J. PANTOJA (LT) )
                )
(3) J. ALBIN (LT) )
                )
(4) C. CARRILLO (CCI) )
         Defendant(s). )
☐ Check if there are additional Defendants and attach page 1-A listing them. )

CASE NO. 2:22-CV-01492-TLN-JDP
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
(JURY TRIAL DEMAND)

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: FOLSOM STATE PRISON  P.O. BOX 715071  REPRESA, CA 95671

Revised 3/15/2016

1

ATTACHED PAGE <u>1</u>-A DEFENDANTS

5,  T. JOHNSON (AW )
       (DEFENDANT)

6.  RICK M. HILL (WARDEN )
       (DEFENDANT)

DEFENDANT(S).

## B. DEFENDANTS

1.  Name of first Defendant: _SEE 2-B ATTACHMENT_ . The first Defendant is employed as:
    _____at_____.
    (Position and Title)                                    (Institution)

2.  Name of second Defendant: _SEE 2-B ATTACHMENT_ . The second Defendant is employed as:
    _____at_____.
    (Position and Title)                                    (Institution)

3.  Name of third Defendant: _SEE 2-B ATTACHMENT_ . The third Defendant is employed as:
    _____at_____.
    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _SEE 2-B ATTACHMENT_ . The fourth Defendant is employed as:
    _____at_____.
    (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?      ☐ Yes      ☒ No

2.  If yes, how many lawsuits have you filed? _____ .  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

PARTIES:

A)   UBALDO MIO GUITIERREZ, IS THE PLAINTIFF IN THE CASE AND RESIDES
AT FOLSOM STATE PRISON, LOCATED AT P.O. BOX 715071, REPRESA, CALIFORNIA.
95671-5071.

(2-B ATTACHMENT)

B.) DEFENDANTS:

P. REYERSBACH, IS THE DEFENDANT IN THE CASE AND WORKS FOR CDC
AS A CORRECTIONAL OFFICER AT FOLSOM STATE PRISON (FSP), LOCATED
AT P.O. BOX 715071, REPRESA, CALIFORNIA, 95671-5071. HE IS BEING
SUED IN HIS INDIVIDUAL CAPACITY.

C.)

J. PANTOJA IS THE DEFENDANT IN THE CASE AND WORKS FOR THE CDC
AS A CORRECTIONAL LIEUTENANT AT (FSP), LOCATED AT P.O. BOX 715071,
REPRESA, CALIFORNIA 95671-5071, AND IS IN CHARGE WITH THE RESPONSI-
BILITY OF DIRECTLY SUPERVISING, TRAINING, CORRECTING, DISCIPLINE OF
STAFF AND PRISONERS UNDER HIS CHARGE. HE IS BEING SUED IN HIS INDIVIDUAL
CAPACITY.

D.)

J. ALBIN, IS THE DEFENDANT IN THE CASE AND WORKS FOR CDC AS A CORRECTIONAL
LIEUTENANT AT (FSP), LOCATED AT P.O. BOX 715071, REPRESA, CALIFORNIA
95671-5071, AND IS IN CHARGE WITH THE RESPONSIBILITY OF DIRECTLY
SUPERVISING, TRAINING, CORRECTING, DISCIPLINE OF STAFF AND PRISONERS
UNDER HIS CHARGE. HE IS BEING SUED IN HIS INDIVIDUAL CAPACITY.

E.)

C. CARRILLO, IS THE DEFENDANT IN THE CASE AND WORKS FOR CDC AS A
CORRECTIONAL COUNSELOR (CCII A) AT FOLSOM STATE PRISON (FSP), LOCATED
AT P.O. BOX 715071, REPRESA, CALIFORNIA, 95671-5071 AND IS DIRECTLY

CHARGED WITH ENSURING THE RESPONSIBILITY OF REVIEWING AND ISSUING DECISIONS BASED ON CLAIMS OF MISTREATMENT AND VIOLATIONS OF CONSTITUTIONAL RIGHTS RAISED BY PRISONERS THROUGH THE 602 INMATE/ PAROLEE APPEAL PROCESS (HEREAFTER "602"), AS OF DUTIES OF AN APPEALS COORDINATOR ASWELL AS A COUNSLOR.

F.)

   T. JOHNSON, IS THE DEFENDANT IN THE CASE AND WORK FOR THE CDC AS THE ASSOCIATE WARDEN AT (FSP), LOCATED AT P.O. BOX T15071 ; REPRESA, CALIFORNIA 95671-5071, AND IS IN CHARGE WITH SUPERVISION, TRAINING, CORRECTING AND DISCIDLINE OF ALL STAFF AND PRISONERS UNDER HIS/HER CHARGE. HE/SHE HAD A FURTHER DUTY TO INVESTIGATE AND REPORT COMPLAINTS MADE BY PRISONERS UNDER HIS/HER CHARGE WHO ALLEGE MISTREATMENT BY STAFF AND VIOLATIONS OF THIER CONSTITUTIONAL RIGHTS BY STAFF. HE IS BEING SUED IN HIS/HER INDIVIDUAL CAPACITY.

G.)

   RICK M. HILL, IS THE DEFENDANT IN THE CASE AND WORKS FOR CDC AS THE WARDEN AT (FSP), LOCATED AT P.O. BOX T15071, REPRESA, CALIFORNIA 95671-5071, AND IS CHARGED WITH THE OVERALL RESPONSIBILITY FOR THE OPERATION, MANAGEMENT, AND ADMINISTRATION OF FSP. HE HAD THE ADDITIONAL RESPONSIBILITY FOR SUPERVISION, TRAINING, CORRECTING AND DISCIPLING ALL STAFF AND PRISONERS UNDER HIS CHARGE. HE HAD FURTHER DUTY TO REVIEW AND ACT UPON PRISONERS COMPLAINTS ALLEGING RETALIATORY MISTREATMENT AND VIOLATIONS OF THIER CONSTITUTIONAL RIGHTS. HE IS BEING SUED IN HIS INDIVIDUAL CAPACITY.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: (4th, 8th, 14th AMENDMENTS) DELIBERATE INDIFFRENCE, EQUAL PROTECTION, DUE PROCESS VIOLATIONS. FALSIFICATION OF DOCUMENTS P.C. 134, FALSE REPORT OF LAW P.C. 118.1 FRAUD

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☒ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

WHEN MAIL IS CLEARLY MARKED AS PRIVILEGED AND IS RELATED TO YOUR CASE, PRISON OFFICIALS CAN NOT READ IT. THEY CAN ONLY OPEN IT IN YOUR PRESENCE TO INSPECT FOR CONTRABAND. (CASTILLO V. COOK COUNTY MAILROOM, 990 F. 2d 304 (7TH CIR. 1993). WOLFF V. McDONNELL 418 U.S. 539 (1974). OFFICER P. REYERBACH OPENED LEGAL MAIL THAT WAS ALLEGEDLY SENT TO PLAINTIFF UPON OPENING THE LEGAL MAIL SENT BY A LAW OFFICE, IT'S IN VIOLATION OF FEDERAL LAW AND THE CDCR TITLE 15 SEC. 3144(a) AND § 3143 (a). PLAINTIFF WAS GIVEN A 115 DISCIPLINARY WRITE UP AND WAS STRIPPED OF PRIVILEDGES FOR A PERIOD OF 6 MONTHS. PLAINTIFF NEVER GOT THE CHANCE TO REFUSE THE LEGAL FROM A FIRM HE DOES NOT RECOGNIZE, AND PLAINTIFF NEVER SIGNED FOR IT, OR EXPECTED ANY LEGAL MAIL FROM A FIRM HE'S NEVER SPOKEN TOO. PREYERSBACH WENT AS FAR AS TO CALL THE LAW FIRM AND ASK THEM IF I WAS A CLIENT, INWHICH THE FIRM TOLD HIM "NO" AND I WAS NEVER ASKED CLIENT OF THAT FIRM. IT IS NOT DOCUMENTED ANYWHERE THAT LEGAL MAIL ARRIVED TO THIS PRISON ADDRESSED TO ME,(SEE EX.H) WHICH SHOWS ALL INCOMING MAIL FROM 2018-2020. DUE TO THESE FACTS POINTED OUT BY PLAINTIFF P. REYESBACH CHANGED HIS WHOLE STATEMENT OF WHAT HE DID AND HOW HE DID IT TO SUPPORT HIS LIE OF PRODUCING A CELL PHONE AND FINDING THE PLAINTIFF GUILTY OF CONSPIRICY TO POSSESS A CELL PHONE. PLAINTIFF NEVER CONSPIRED WITH ANYONE AND UNTIL THIS DAY THERE IS NO EVIDENCE OF CONSPIRACY, BECAUSE IT TAKE 2 OR MORE PEOPLE TO HAVE A CONSPIRACY, OR CONSPIRE WITH. P. REYERSBACH CLEARLY VIOLATED NUMBEROUS LAWS P.C. 134, P.C. 118.1, AND PLAINTIFFS 4TH, 14TH, AND 8TH AMENDMENTS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

CIVIL CONSPIRACY, MENTAL STRESS, OPPRESSION, LOSS OF PRIVILEGES, CONFINEMENT SEGRAGATION FOR A TOTAL OF 6 MONTHS.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Claim I?    ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?    ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 4th 8th, AND 14th AMENDMENTS EQUAL PROTECTION OF LAW, DUE PROCESS, DELIBERATE INDIFFRENCE, UNREASONABLE SEARCH AND SEIZURES.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

LT. J. PANTOJA VIOLATED PLAINTIFF EQUAL PROTECTION OF LAW ALONG WITH PLAINTIFF 4th 8th 14th AMEND BY NOT ALLOWING PLAINTIFF TO BRING OFFICER P. REYERSBACH TO ASK HIM QUESTIONS OF THIS SAID INCIDENT. ALSO LT. J. PANTOJA ONLY FOUND PLAINTIFF GUILTY BECAUSE THE PLAINTIFF HAD A PRIOR CELLPHONE HISTORY IN WHICH THE PLAINTIFF PLED GUILTY TOO IN 2016 AS STATED IN THE COMMENT SECTION OF THE RULES VIOLATION REPORT BY LT. J. PANTOJA. THE LT. J. PANTOJA DID NOT WANT TO PUT ON THE RECORD THE QUESTIONS THE PLAINTIFF HAD FOR OFFICER P. REYERBACH AND/OR DID NOT WANT TO CALL HIM IN FOR OR ON THE PHONE FOR QUESTIONING. LT. PANTOJA ALSO DID NOT WANT TO GIVE THE PLAINTIFF AN INVESTIGATIVE EMPLOYEE TO ASK P. REYERBACH QUESTIONS OR TO LOOK FOR THIS SUPPOSE CELL PHONE EVIDENCE. THE PLAINTIFF TOLD LT. PANTOJA NUMEROUS TIMES THAT I HAD NOT RECEIVED OR SIGNED FOR ANY LEGAL MAIL ON THAT DAY OR FROM THAT SO CALLED LAW FIRM. HOWEVER, LT. PANTOJA SAID IT WAS FOUND IN THE MAILROOM BY OFFICER P. REYERBACH AND THAT HE BELIEVES AND BACKS UP HIS OFFICERS EVEN IF HIS OFFICER BROKE THE RULES BY OPENING CONFIDENTIAL LEGAL MAIL OUT OF THE PRESENCE OF THE INMATE, AND OR LIED ON THE RULE VIOLATION REPORT, LT. J. PANTOJA REFUSES TO DISMISS THE RVR AGAINST PLAINTIFF KNOWING THAT THEIR WEREN'T ANY FACTS SUSTAINING GUILTY VERDICT OF CONSPIRACY, SO LT. J. PANTOJA FALLS WITHIN VIOLATION OF SUPERIOR LIABILITY FOR NOT DISMISSING AND FIXING/RECTIFING THE SITUATION WHEN HE HAD THE AUTHORITY TOO.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

MENTAL STRESS, OPPRESSION, LOSS OF PRIVILEGES, CONFINEMENT, SEGREGATION FOR 6 MONTHS

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 4th 8th AND 14th AMEN. EQUAL PROTECTION OF LAW, DUE PROCESS, DELIBERATE INDIFFRENCE, UNREASONABLE SEARCH AND SEIZURES, FRAUD P.C.134 FALSIFICATION OF DOCUMENTS P.C. 118.1

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [x] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

LT. J. ALBIN VIOLATED PLAINTIFFS DUE PROCESS AND RIGHTS BY NOT DISMISSING THE VIOLATION REPORT AGAINST PLAINTIFF AFTER THE LT. ALBIN LEARNED THAT THE PLAINTIFF WAS NEVER GIVEN ANY LEGAL MAIL OR SIGNED ANY LEGAL MAIL OR WAS IN POSSESSION OR CONSPIRED TO HAVE A CELL PHONE. ALSO AFTER LT. ALBIN LEARNED THAT NO LEGAL MAIL WAS LOGGED IN ON DEC. 12, 2019 COMING IN FOR THE PLAINTIFF. LT. ALBIN ALSO CHOSE TO NOT ALLOW ANY QUESTIONS TO BE PUT IN FOR THE RECORD TO OFFICER P. REYERSBACH, OR THE OFFICER COME IN FOR QUESTIONS DURING THE HEARING AGAINST PLAINTIFF. LT. ALBIN WENT AS FAR AS TO DISCUSS THE PLAINTIFFS CASE AND EVIDENCE WITH OFFICER P. REYERSBACH AS TO NOTIFING HIM TO CHANGE HIS FIRST STATEMENT REPORT AS TO WHERE WHEN, AND HOW WHAT C/O P. REYERSBACH DID DURING THE SEARCH OF WHERE AND HOW HE FOUND A CELLPHONE, AND IF HE CALLED THE LAW FIRM BEFORE OR AFTER. THEN DURING THE 2ND LEVEL OF REVIEW OF THE 602 APPEAL PROCESS C/O P. REYERSBACH CHANGED HIS STATEMENT TO REFLECT THE GUILTY VIRDICT AND TO COVER UP HIS VIOLATIONS OF CDCR TITLE 15 RULES SEC. 3144(a), 3143(a) IN VIOLATION OF P.C. 118.1 AND P.C. 134. AS WELL AS CASTILLO V. COOK COUNTY MAIL ROOM, 990 F. 2d 304 (7th CIR. 1993). DUE TO THESE FACTS LT. J. ALBIN IS RESPONSIBLE AND LIABLE TO THE INJURIES AND DAMAGES CAUSED TO THE PLAINTIFF "UNDER COLOR OF LAW".

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

MENTAL STRESS, OPPRESSION, LOSS OF PRIVILEGES, CONFINEMEN, SEGREGATION FOR A TOTAL OF 6 MONTHS.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No

   b. Did you submit a request for administrative relief on Claim III? [x] Yes [ ] No

   c. Did you appeal your request for relief on Claim III to the highest level? [x] Yes [ ] No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

CLAIM 4:

1. STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHTS THAT WAS VIOLATED:

VIOLATION OF : 4th, 8th, 14th, AND 1st AMENDMENTS (EQUAL PROTECTION, DELIBRATE INDIFFRENCE, DUE PROCESS, RETALIATION

2. ISSUE INVOLVED:

DISCIPLINARY PROCEEDINGS

3. SUPPORTING FACTS:

UNDER COLOR OF LAW ALL OF THESE OFFICERS INVOLVED ARE RESPONSIBLE TO WHAT HAPPENED TO THE PLAINTIFF, BECAUSE AT EACH AND EVERY LEVEL OF THE GRIEVENCE PROCESS THE PRISON ADMINISTRATORS AND PRISON GUARDS HAD A CHOICE TO GRANT PETITIONERS GREIVENCE DUE TO AN OBVIOUS VIOLATION OF LAW AND DUE PROCESS MADE BY CCARRILLO (CCII)(A).

C.CARRILLO CONTINUED TO IMPEDE PLAINTIFF FROM FILING A STAFF COMPLAINT AND A 602 (SEE EX A. (LOG # FSP-0-20-00033)); WHERE IT CLEARLY SHOWS ALL OF THE REJECTIONS AND SCREENING OUT OF PLAINTIFFS 602 GREIVENCES FOR FRIVILOUS REASONS AND MY EXPLANATIONS ON EACH CDC SCREENING FORM 695. PLAINTIFF WENT AHEAD AND FILED A SEPERATE ISSUE OF "STAFF COMPLAINT" AGAINST P. REYERSBACH AS STATED BY C. CARRILLO (CCII)(A) ON THE CDC SCREENING FORM 695 DATED JANUARY 8, 2020.

ON JAN. 30, 2020 PLAINTIFF FILED A "DIRECT STAFF COMPLAINT" SEPARATE (SEE. EX B) (LOG # FSP-0-20-00173) INWHICH C. CARRILLO BEGAN TO REJECT 4 TIMES AND CANCEL FOR FRIVILOUS REASONS ON (1-31-2020, 2-6-2020, 2-12-2020, 3-11-2020) AND WHEN PLAINTIFF GUTIERREZ NOTIFIED THE HEAD APPEALS COORDINATOR K. MICHELS WITH A LETTER, PLAINTIFFS "STAFF MISCONDUCT COMPLAINT WAS CANCELED. (SEE EX. B)

C. Carrillo went as far as to summons to speak with plaintiff Gutierrez via inmate priority ducat which is way out of the ordinary for an appeals coordinator to want to speak in person about any appeal issues, thats why there is a 695 form. On Feb. 13, 2020 at 8:30am plaintiff went to see C. Carrillo at his appeals office where C. Carrillo began to threaten and intimidate plaintiff and to him that "things would get difficult if I continued to persue my greivance 602 and staff complaint. Plaintiff continued to proceed with his 602 greivence and was summons once more via inmate priority pass (ducat) on April 27, 2020 at 9:00am to intimidate plaintiff once more. (See Ex C.) In violation of plaintiffs first amendment (retaliation) for continuing to file a greivence. It clearly states on the 602 form that "no reprisals will be taken for using the appeal process". See: Bruce v. Y1st, 351, F.3d 1283, 1288 (9th cir. 2003), which states that filing an inmate grievance is a protected action under the first amendment.

On Feb. 17, 2020 plaintiff filed a greivance (Log # FSP-0-20-00292) to the Warden Rick M. Hill to make him aware of my complaint, which was screened out and rejected 3 times by C. Carrillo for frivilous reasons once again, On (Feb 2, 2020 / Feb 28, 2020 / March 17, 2020).

Plaintiff knew this 602 greivance was also not going to be sent to the 2nd level of revien or that anyone would see it because of C. Carrillo impedeing plaintiffs right to appeal. So plaintiff sent an inmate request form to the Warden Rick M. Hill on Feb 20, 2020 to notify him of the 602 plaintiff was filing. As the courts can see it was redirected an answered by C. Carrillo who continued to impede

PLAINTIFF APPEAL PROCESS. (SEE EX D.)

AS THE HONORABLE JUDGE CAN SEE IN MY RESPONSES ON THE CDC 695 FORMS SCREENING LETTERS, PLAINTIFF WAS PROFESSIONAL IN DEALINGS AND ANSWERING MR. C. CARRILLO TO GET THIS ISSUE EXHAUSTED AND FIXED, (SEE EX D). PLAINTIFF EVEN WENT AS FAR TO SPEAK TO THE CAPTAIN LANIGAN ABOUT THIS ISSUE (SEE EX. E) TO NO AVAIL, AND IT WAS OBVIOUS TO PLAINTIFF THAT THE CAPTAIN DID NOT WANT TO GET INVOLVED IN THESE ILLEGAL DEALINGS BY C. CARRILLO.

PLAINTIFF FILED A NEW 602 GREIVANCE (LOG # FSP-0-20-00527) ON MARCH 27, 2020 TO THE WARDEN RICK M. HILL IN REGARDS TO THE CANCELLATION OF APPEAL (LOG # FSP-0-20-00173) ASKING FOR HELP OR ASSISTANCE TO HAVE THE RVR (RULE VIOLATION REPORT) DATED DEC. 12, 2019 AGAINST THE PLAINTIFF GUTIERREZ DISMISSED IN THE INTEREST OF JUSTICE, AND VIOLATION OF DUE PROCESS, DUE TO C/O REYERSBACH FALSIFICATION OF DOCUMENTS P.C. 134, AND FILING A FALSE REPORT P.C. 118.1. AS THE HONORABLE JUDGE CAN SEE, THIS TIME AFTER NUMBEROUS 602 GREIVANCES IT WAS BY PASSED TO THE 2ND LEVEL OF REVIEW IN WHICH T. JOHNSON (CDW) CHIEF DEPUTY WARDEN DENIED IT NOT THE WARDEN RICK M. HILL. T. JOHNSON (CDW) HAS NOW BEGAN TO JOIN IN IMPEDEING THE PLAINTIFF AS WELL BY STATING THAT "THERE WERE NO ISSUES THAT HAVE NOT BEEN ADDRESSED" WHICH IS A LIE. (SEE EX. F).

ON 5-18-2020 PLAINTIFF FILED A 602 GREIVANCE STAFF COMPLAINT AGAINST (CDW) T. JOHNSON FOR CONTINUING TO IMPEDE PLAINTIFF ALONG WITH C. CARRILLO (CCII)(A) OF FILING A REASONABLE COMPLAINT AND TO TRY TO GET THE RVR AGAINST THE PLAINTIFF DISMISSED IN THE INTEREST OF JUSTICE AND A VIOLATION OF DUE PROCESS. PLAINTIFF WAS REJECTED AND SCREENED OUT ON (5-20-2020, 6-12-2020). PLAINTIFF GUTIERREZ EXPLAINED THE ISSUES AND TRIED NUMBEROUS TIME TO GET

THEM RESOLVED,

As THE HONORABLE COURTS CAN SEE ALL OF THESE ISSUES PRESENTED TO THE COURTS ARE IN VIOLATION OF PLAINTIFFS 1st,4th, 14th,8th AMENDMENTS. As THE COURTS CAN SEE PLAINTIFF HAS AN ORIGINAL COPY OF THE OUTGOING AND INCOMING LEGAL MAIL LOG SHEET (SEE EX. H). ON THE DAY IN QUESTION DEC. 12, 2019, PLAINTIFF GUTIERREZ DID NOT SIGN FOR ANY LEGAL MAIL, OR EXPECT ANY LEGAL MAIL AND DUE TO THE CDCR LOG OF LEGAL MAIL PROCESS OF LOGGING IN ALL LEGAL MAIL, THERE WAS NO LEGAL PROCESSED IN ON DEC 19, 2020 FOR THE PLAINTIFF OR HAS THE PLAINTIFF EVER RECIEVE ANY LEGAL MAIL FROM THE OFFICE OF MIFFLIN AND ASSOCIATES. THIS PROVES PLAINTIFF GUTIERREZ NEVER CONSPIRED WITH ANYONE TO POSSESS A CELL PHONE, AND THERE IS NO EVIDENCE OF SAID CONSPIRACY.

Due TO THE FACTS PLAINTIFF IS HOLDING CCII C. CARRILLO LIABLE OF ALL VIOLATIONS STATED ABOVE, AND INJURIES TO PLAINTIFF.

4.) INJURY:

MENTAL STRESS, OPPRESSION, LOSS OF PRIVILEGES FOR 6 MONTHS, CONFINEMENT, SEGRAGATION, FEAR.

5. ADMINISTRATIVE REMIDIES:

A. YES    WE HAVE A 602 GREIVANCE PROCEDURE

B. YES    I SUBMITTED A REQUEST FOR ADMISTRATIVE RELIEF ON CLAIM 4.

C. YES    I APPEALLED MY REQUEST FOR RELIEF ON CLAIM 4 TO THE HIGHEST LEVEL.

1. STATE THE CONSTITUTIONAL OR FEDERAL CIVIL RIGHT THAT WAS VIOLATED : <u>DUE PROCESS</u>
   <u>EQUAL PROTECTION OF LAW</u> VIOLATION <u>4th</u>, <u>8th</u>, <u>14th</u> AMENDMENT.

2. ISSUE INVOLVED :

   <u>DISCIPLINARY PROCEEDINGS</u>

3. SUPPORTING FACTS :

   AFTER PLAINTIFF RECEIVED A NEW INCIDENT REPORT WHICH WAS
   CHANGED BY OFFICER P. REYERSBACH, THE PLAINTIFF NOTIFIED THE
   CHIEF DEPUTY WARDEN (CDW) T. JOHNSON OF ALL THE REJECTIONS, AND
   THE NEWLY FOUND EVIDENCE, ALONG WITH A LOG OF ALL INCOMING
   AND OUT GOING MAIL TO PROVE PLAINTIFF HAD NOTHING TO DO WITH
   THIS. T. JOHNSON WENT AHEAD AND LIED ON THE PLAINTIFFS 602
   APPEAL THAT THERE WHERE NO NEW ISSUES AND DENIED PLAINTIFFS
   602 APPEAL. PLAINTIFF WENT AHEAD A FILED A NEW 602 APPEAL
   STAFF COMPLAINT AGAINST T. JOHNSON FOR NOT CONSIDERING THE
   EVIDENCE PRESENTED (APPEAL # FSP-0-20-00823) WHICH WAS
   ALSO DENIED/REJECTED BY THE APPEALS COORDINATOR TWICE
   FOR FRIVOLOUS REASONS, AND WAS CONTINUING TO GET BLOCKED
   ONCE AGAIN FROM GOING TO THE SECOND LEVEL OF REVIEW. DUE TO
   THESE FACT T. JOHNSON (CDW) IS ALSO RESPONSIBLE AND LIABLE
   FOR DAMAGES CAUSED TO THE PLAINTIFF. T. JOHNSON (CDW) ALSO
   FALSIFIED A SIGNATURE OR THE WARDEN RICK M. HILL.

4. INJURIES :

   MENTAL STRESS, OPPRESSION, CONFINEMENT, SEGRAGATION, LOSS OF
   PRIVILEGES UP TO 6 MONTHS.

5. A. YES   THERE ARE GRIEVANCE PROCEDURES AVAILABLE IN THIS INSTITUTION.

   B. YES   I SUBMITTED A REQUEST FOR ADMINISTRATIVE RELIEF ON CLAIM V.

   C. YES   I APPEALED MY REQUEST FOR RELIEF ON CLAIM B V TO HIGHEST LEVEL.

1. STATE THE CONSTITUTIONAL OR FEDERAL CIVIL RIGHTS THAT WAS VIOLATED:
   DUE PROCESS, EQUAL PROTECTION OF LAW VIOLATION 4th, 8th, + 14th AMENDMENTS.

2. ISSUE INVOLVED:
   DISCIPLINARY ACTION/PROCEEDINGS

3. SUPPORTING FACTS:

   AFTER PLAINTIFF COULD NOT GET ANYONE TO NOTICE THE DUE PROCESS VIOLATIONS, AND THE CHANGE IN THE REPORT BY OFFICER P. REYERSBACH DURING THE SECOND LEVEL OF REVIEW THAT WOULD OF PROVED AND SHOWN OFFICER P. REYERSBACH WAS LYING/MISREPRESENTING THE TRUTH TO COVER UP HIS ILLEGAL ACTIVITY OF SETTING UP PLAINTIFF GUTIERREZ. THE PLAINTIFF WENT AHEAD A SENT THE WARDEN RICK M. HILL CONFIDENTIAL MAIL NOTIFING HIM OF ALL THE ILLEGAL ACTIVITY. MR. RICK M. HILL NEVER RESPONDED. SHORTLY AFTER PLAINTIFF GUTIERREZ FILLED A 602 GRIEVENCE AGAINST THE WARDEN RICK M. HILL ON FEB. 30th 2020 (602#: FSP-0-20-00292) NOTIFING HIM OF ALL THE ILLEGAL ACTIVITY AND VIOLATION OF DUE PROCESS. ONCE AGAIN CCII C. CARRILLO & STEPS IN AND BEGINS TO SCREEN OUT AND REJECT MY 602 TO RICK M. HILL SO THAT IT DOESN'T REACH ITS DESTINATION. PLAINTIFF WAS REJECTED AND SCREENED OUT TWICE BY C. CARRILLO AND WAS TOLD BY C. CARRILLO THAT HIS 602 WOULD NEVER AMOUNT TO ANYTHING. PLAINTIFF WENT AHEAD AND SENT A INMATE REQUEST FOR INTERVIEW TO THE WARDEN RICK M. HILL ON THE SAME DAY HE SENT IN THE 602 TO THE WARDEN TO MAKE

SURE THE WARDEN RECEIVED IT, AND STILL DID NOT RECEIVE A RESPONSE FROM THE WARDEN. PLAINTIFF WENT AS FAR TO SEND A REQUEST TO THE CAPTAIN LANIGAN ASKING TO SPEAK TO HIM, AND THE CAPTAIN REFUSED TO SPEAK TO THE PLAINTIFF. DUE TO THE FACTS STATED ABOVE PLAINTIFF GUTIERREZ IS HOLDING WARDEN RICK M. HILL RESPONSIBLE FOR ALL OF THE DAMAGE AND INJURY PLAINTIFF GUTIERREZ WAS AND HAS BEEN PUT THROUGH. ALSO SINCE WARDEN RICK M. HILL IS IN CHARGE OF EVERYTHING THAT HAPPENS IN FOLSOM STATE PRISON AS WELL AS IN CHARGE OF THE OFFICERS, THERE IS NO WAY HE (WARDEN) WAS NOT AWARE OF THESE ISSUES, ESPECIALLY AFTER PETITIONER FILED A "602 GRIEVENCE" AND A "RIGHTS AND RESPONSIBILITY" COMPLAINT AGAINST THE (WARDEN RICK M. HILL) AND THE OTHER OFFICERS INVOLVED.

4. Injury:
      MENTAL STRESS, OPPRESSION, CONFINEMENT, SEGRAGATION, ETC.

5. ADMINISTRATIVE REMEDIES:

A. YES  WE HAVE A 602 GRIEVENCE PROCEDURE.

B. YES  I SUBMITTED A REQUEST FOR ADMINISTRATIVE RELIEF ON CLAIM VI.

C. YES  I APPEALLED MY REQUEST FOR RELIEF ON CLAIM VI TO THE HIGHEST LEVEL.


CAUSE OF ACTION:

      CIVIL CONSPIRACY, FRAUD, DELIBERATE INDIFFRENCE, OPPRESSION, IMPEDING, SUPERIOR LIABILITY...

## E. REQUEST FOR RELIEF

State the relief you are seeking:
# 400,000 ee PER DEFENDANT THAT WAS INVOLVED IN THIER MISCONDUCT DUE TO ABUSE OF THIER AUTHORITY. #400,000 PER OFFICER (6 OFFICERS) EQUALS = 2.4 MILLION (LT. J. PANTOJA, LT. J. ALBIN, CCII C. CARRILLO, ISU P. REYERSBACH, (CDW) T. JOHNSON, WARDEN RICK M. HILL). ALSO FOR ALL OF THE OFFICERS INVOLVED TO BE FIRED AND NOT ALLOWED TO WORK FOR CDCR OR IN ANY POSITION OF AUTHORITY FOR THE NEXT 20 YEARS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ JAN 27, 2023
                    DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# EXHIBIT 

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category | Side 1 |
|---|---|---|---|---|

FSP-0-20-00038

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, _only_ one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**      **WRITE, PRINT, or TYPE CLEARLY In black or blue ink.**

| Name (Last, First): Gutierrez, Ubaldo | CDC Number: T-54483 | Unit/Cell Number: 3-A2-37 | Assignment: A2B |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
DISAGREE WITH 115 (RVR) OF CONSPIRICY AND BEING PUT ON "C" STATUS

**A.** Explain your Issue (If you need more space, use Section A of the CDCR 602-A): THE (SHO) LT. J. PANTOJA
VIOLATED "CALIFORNIA CODE OF REGULATIONS" TITLE 15" CCR-3004(a) AND 3391(a) FOR NOT
BEING FAIR, IMPARTIALLY, ALERT or PROFESSIONAL DURING THE (RVR) 115 HEARING PROCEDURE.
(SHO) DID NOT PUT ON THE RECORD (ALL) OF MY TESTIMONY DEFENSE, DURING THE 115 HEARING

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): 1.) that (Reviewer) of
appeal, stipulate on the "record", If in fact ccr: 3144(a) Inspection of confidential
mail" was violated by (ISU) SGT P. Reyesbach. 2.) THAT (Reviewer) acknowledges
that since the "violation" of staff on this matter are violations of (Rules & Regulations)

Supporting Documents: Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
Disciplinary hearing results
(final copy)

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: _U. Gutierrez_     Date Submitted: Jan 7, 2020

☐ By placing my Initials in this box, I waive my right to receive an interview.

FSP APPEALS OFFICE
JAN 08 2020

FSP APPEALS OFFICE
JAN 15 2020

FSP APPEALS OFFICE
JAN 23 2020

REC BY OOA
MAY 22 2020

**C. First Level - Staff Use Only**
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction): Date: 1/8/20 R8   Date: 1/17/20 no   Date:   Date:
☐ Cancelled (See attached letter): Date:
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Location: _____

**BYPASS**

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____

Reviewer: _____ (Print Name) Title: _____ Signature: _____

Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ___ / ___ / ___ |

5 of 39

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category |
|---|---|---|---|

FSP-0-20-00039

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Gutierrez, Ubaldo | CDC Number: T54483 | Unit/Cell Number: 3-A2-37 | Assignment: ABZ |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** PROCEDURE 1 STATED THAT REPORTIVE EMPLOYEE OF RVR THAT ISU "P. REYES BACH" commits violations of law/ccr: 3144(a) for not complying with this (rule & regulation) ccr: 3144(a) & 3143(a) clearly states mail will be opened and inspected for (contraband) in "the presence of the inmate", and when other means of inspection indicate the presence of (physical contraband in the envelope). In such "instances" the mail will be opened, in the presence" of the inmate for determination. This legal process of law was violated by (ISU) S/O P. REYESBACH. The "Legal Mail" with the (so) contraband" cellular phone was opened at (ISU) office, and not in Accordance with Law/CCR: 3144(a). Besides these violations of (law) there is "NO" evidence whatso ever that indicates I conspired "or" had any knowledge of any contraband being send to me, by means of legal mail" or any mail. These violations of law, by CDCR staff equals to misconduct, CCR; 3004(a), 3391(a). Employee misconduct; 3084(g) staff misconduct.

FSP APPEALS OFFICE
JAN 0 8 2020

FSP APPEALS OFFICE
JAN 15 2020

FSP APPEALS OFFICE
JAN 2 3 2020

S T A F F

REC BY OOA
MAY 2 2 2020

Inmate/Parolee Signature: [signature]    Date Submitted: 1-7-2020

**B. Continuation of CDCR 602, Section B only (Action requested):** of law, policy, procedure & professional standards. This appeal should be treated with proffesional standard. ③ the RVR should be (Dismissed) There is "NO" evidence whatsoever that I had knowledge of any contraband being sent to me by means of Legal Mail or any Mail. (SHO) had the duty to prove I had (SH) knowledge of such illegal acts, it was never proven by(Law) standards, no (SHO) opinions of my past history. Since this (RVR) is causing me to be placed on hard "C" status on the month on January 2020, this 602 should be processed as a Emergency appeal.

Inmate/Parolee Signature: [signature]    Date Submitted: 1-7-2020

6 of 29

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Wednesday, January 8, 2020*

*GUTIERREZ, T54483*
*A 003A2037001L*

DISCIPLINARY, Division D, 01/08/2020
Log Number: FSP-O-20-00038
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(b)(8). Your appeal involves multiple issues that do not derive from a
single event, or are not directly related and cannot be reasonably addressed in a single
response due to this fact. You may resubmit the unrelated issues separately using separate
appeals. Be advised that you are still subject to the submission of one non-emergency appeal
every 14 calendar days.*

*Specifically, Mr. Gutierrez, as written, your appeal consists of the following issues: Your
disagreement with the charge; your assumption that a Classification Committee will place you
on work group privilege group C/C (which is an action not yet taken); your allegation of Staff
Misconduct (specific to legal mail procedures). Based on the aforementioned, Appeals
Coordinator is not able to determine if you are attempting to have this appeal processed as a
Grievance Against Staff (Staff Complaint) or if you are attempting to solely appeal RVR
Log#06945621. Please explain and resubmit.*

☐ K. Michels, CCII
☑ C. Carrillo, CCII (A)
☐ A. Pierson
☐ A. Brager, AGPA
Appeals Coordinator

**FSP APPEALS OFFICE**

**JAN 15 2020**

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

*I'M APPEALING (RVR), BUT BECAUSE, THE STAFF, WHO VIOLATED
LAW, PROCEDURE, POLICY, of (CONFIDENTIAL LEGAL MAIL)
IS (WHO) W XOTE ME UP (A) (RVR). THE (ISSUES) I'M APPEALING ARE
RELATED. I'M ENTITLE TO SUBMIT THIS APPEAL BY CCR:3084-2(A)(1)*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.

<u>NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED</u>

7 of 29

CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Friday, January 17, 2020*

*GUTIERREZ, T54483*
*A 003A2004001L*

DISCIPLINARY, Division D, 01/15/2020
Log Number: FSP-O-20-O0038
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*RO Other*

*Mr. Gutierrez, based on your comments, as documented on CDCR 695, dated January 8, 2020, Appeals Office submitted your appeal to the Hiring Authority, on January 16, 2020, for determination of grievance against staff (staff complaint). After review, it was determined your appeal does not meet the criteria to be processed as a staff complaint. Therefore, your action requested is not consistent with a routine appeal. Please identify an action requested consistent with a routine appeal (i.e. guilty finding not supported by evidence; legal mail procedures) and resubmit if you seek further processing of this appeal.*

☐ K. Michels, CCII
☑ C. Carrillo, CCII (A)
☐ A. Pierson
☐ A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

**FSP APPEALS OFFICE**

**JAN 2 3 2020**

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

<u>Guilty Findings not supported by evidence, in which there is no conspiracy evidence/connection. Also a violation of legal mail procedure $314(a) and $3143(a). I never recieved any mail or know of any legal mail that was for me. I just received a write up.</u>

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

# Memorandum

Date:   February 24, 2020

To:     GUTIERREZ, T54483
        Folsom State Prison

Subject:  **SECOND LEVEL APPEAL RESPONSE**
          **LOG NO: FSP-O-20-00038**

                                        **APPEAL IS DENIED**

**ISSUE:** The appellant is submitting this appeal relative to Rules Violation Report (RVR) Log No. 6945621, dated December 12, 2019, for the specific act of Possession of a Cellular Telephone. The appellant contends there is no evidence to prove he conspired to possess the cellular telephone; therefore, he should not have been found guilty of the RVR. Furthermore, the appellant contends the searching of the letter was not done according to departmental policy. The appellant is requesting the RVR be dismissed.

**INTERVIEW:** On February 5, 2020, the appellant was provided a face to face interview with Correctional Lieutenant J. Albin. Prior to the interview, the appellant's Strategic Offender Management System and Electronic Records Management System records were reviewed and revealed the most recent Test of Adult Basic Education score of 9.0. The appellant is not a participant in the Mental Health Services Delivery System and is of Adequate Cognitive Functioning in accordance with the Developmental Disability Program.

During the interview, the interviewer was satisfied that effective communication was met. The appellant did not exhibit any communication deficiencies and was fully able to participate in the interview. The appellant was afforded the opportunity to present any new or additional information relative to his appeal. The appellant provided a two page statement reiterating his case regarding this appeal. The appellant claims the Senior Hearing Officer's (SHO) conclusions, regarding the evidence to support the finding of guilt, was not proven with evidence. The interviewer asked the appellant if he had any further statements, to which the appellant stated, "I didn't even know I was getting mail. I don't think the conclusion of the SHO is good enough." The interviewer explained to the appellant if there was a due process violation there would be a reissue/rehear order and not a dismissal order. The appellant stated he understood.

**FINDINGS:** This appeal and all attached documentation were reviewed. The SHO, Lieutenant Pantoja, was interviewed regarding this appeal and was asked if he recorded all the appellant's statements during the hearing. Lieutenant Pantoja stated he records any direct quotes and summarizes any statements that are relevant to the hearing. With regard to the legal mail procedure, Lieutenant Pantoja stated it was not violated as the Reporting Employee's (RE) report verified the mail was not legal mail.

The RE, Correctional Officer Reyersbach, was interviewed regarding this appeal. Officer Reyersbach stated once the mailroom identified what they suspected to be a cellular telephone in the mail, he took possession. Officer Reyersbach stated he contacted the law office listed on the mail prior to opening the mail. Once the law office confirmed the appellant was not represented by that law office, the mail was no longer considered legal mail; therefore, legal mail procedures for that specific mail no longer applied. Consequently, Officer Reyersbach opened the mail to find the cellular telephone hidden within.

It is determined all due processes were met. Specifically, the appellant received his copy of the classified RVR within 15 days of the discovery of the rule violation. The RVR was adjudicated within 30 days of issuance to the appellant. The appellant was provided copies of all documents used as evidence. The appellant was provided a minimum of 24 hours to review all documents used against him at the hearing. Lieutenant Pantoja is a qualified SHO who meets the requirement of being unbiased and provided evidence to reasonably conclude the appellant was guilty of the charge, based upon a preponderance of evidence. The mail, while marked legal mail, was verified by Officer Reyersbach as not being sent by the law office listed on the mail, and as such is not subject to the legal mail requirements as outlined in the California Code of Regulations (CCR), Title 15, and subject to search in accordance with CCR, Title 15, 3133(b)(3).

**REGULATIONS:** The rules governing this issue are:
CCR, Title 15, Section(s):

| CCR § 3084.1 | Right to Appeal |
| CCR § 3133(b) (3) | Definitions and Disposition of Mail |
| CCR § 3144 | Inspection of Confidential Mail |
| CCR § 3315 | Serious Rules Violations |
| CCR § 3320 | Hearing Procedures and Time Limitations |

**DECISION:** This appeal is **DENIED.**

The appellant is advised this issue may be submitted at the Third Level of Review.

RICK M. HILL
Warden
Folsom State Prison

17 of 29

4 of 23

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE  GUTIERREZ, T54483                    Date: January 23, 2020
Current Housing:  A  003A2004001L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: FSP-O-20-00038

ASSIGNED STAFF REVIEWER: AWP
APPEAL ISSUE: DISCIPLINARY
DUE DATE: ~~03/02/2020~~
         03/06/2020 AP

Inmate GUTIERREZ, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response.  If you have any questions, contact the above staff member. If dissatisfied, you have 30 days from the receipt of the response to forward your appeal for THIRD level review.   Third level appeals are to be mailed directly to:

Chief of Inmate Appeals
Department of Corrections
P. O. Box 942883
Sacramento, CA  94283-0001

☐ . K. Michels, CCII
☑  C. Carrillo, CCII (A)
☐  A. Pierson
☐  A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

# EXHIBIT $\mathcal{B}$

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                                         Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | FSP 0-20-00173 | | 1 |
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, _only_ one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gutierrez, Ubaldo | T-54483 | 3-A2-04 | ~~A2B~~ "C" Status |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

STAFF COMPLAINT

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): Im submitting this 602 Appeal as (a) "Direct Staff complaint" against (ISU) officer P. Roppersbach for directly being in violation of CDCR title 15 which are "Law, Rules & Regulations" of CDCR, which Govern our (conduct and activities) as well it Governs (staff/correctional officers)

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): ① That reviewer of this staff complaint reflect on the record (602 appeal) response. If in fact ("Law, rules & regulations") of title 15 where violated or not by (ISU) P. Reyerbach actions. ② That review "acknowledge"

**Supporting Documents:** Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

Rights and Responsibility
Statment form

☐ No, I have not attached any supporting documents. Reason : _____

_____

Inmate/Parolee Signature: U. Gutierrez          Date Submitted: 1-30-2020

☐ By placing my initials in this box, I waive my right to receive an interview.

FSP APPEALS OFFICE
JAN 3 1 2020

FSP APPEALS OFFICE
FEB 0 6 2020

FSP APPEALS OFFICE
FEB 1 2 2020

RECEIVED
MAR 1 1 2020
BY FSP APPEALS OFFICE

RECEIVED
MAR 2 4 2020
BY FSP APPEALS OFFICE

REC BY OOA
MAY 2 2 2020

**C. First Level - Staff Use Only**                          Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction) Date: 2/3/20 Date: 2/6/20 Date: 2/13/20 Date: 3/19/2
☒ Cancelled (See attached letter) Date: 3-24-20 C2
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Completed: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
                (Print Name)

Reviewer: _____ Title: _____ Signature: _____
            (Print Name)

Date received by AC: _____

| | AC Use Only Date mailed/delivered to appellant ____ / ____ / ____ |
|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

**FSP-0-20-00173**

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gutierrez, Ubaldo | T-54483 | 3-AZ-04 | "C" status |

**A. Continuation of CDCR 602, Section A only (Explain your issue)** "Authority" in the performing of their duties, when complying with Law, Regulations, Policy, Procedure and Ethical/Professional standard. On 12-12-2019 (ISU) officer P. Reyersbach violated CCR: 3143(a) "Processing incoming Confidential Mail", and CCR: 3144(a) "Inspection of Confidential Mail". c/o Reyersbach opened Confidential Mail addressed to me without me being present, as required by §3143(a), 3144(a), c/o Reyerbach opened the confidential mail in the (ISU) office. Even if (ISU) Believed contraband exist within the "Confidential mail package" (ISU) can not open the mail without me being physically present as stated in CCR: 3143(a) and CCR: 3144(a) Confidential Mail will be opened and "Inspected for contraband" in the Presence of the inmate/addressee/Inmate. If there is reasonable belief by c/o's of contraband. In such instances "the mail will be opened" in the presence of the inmate for determination. Since I never was present in the Illegal Inspection" of Confidential mail. The contraband is considered "Illegal Evidence" for this evidence was retrieved Illegally. (ISU) Actions amount to violations of 3084(a), 3004(a), 3391(a). Employees shall be alert and professional in their dealings with inmates, Irresponsible or unethical conduct "Shall be Avoided by all Employees".

Inmate/Parolee Signature: _[signature]_    Date Submitted: 1-30-2020

FSP APPEALS OFFICE
JAN 31 2020

FSP APPEALS OFFICE
FEB 06 2020

FSP APPEALS OFFICE
FEB 12 2020

**RECEIVED**
MAR 11 2020
BY FSP APPEALS OFFICE

**RECEIVED**
MAR 24 2020
BY FSP APPEALS OFFICE

**B. Continuation of CDCR 602, Section B only (Action requested)** that if I would have been give the chance to recieve the legal Confidential Mail as mandated by CCR; 3143(a) 3144(a) "I" would have rejected the Confidential Mail for I was not expecting Confidential Mail from any legal firm or the courts. (3) Finally (since) the contraband was obtained by illegal means, the evidence shall have not been allowed in the RVR 115 hearing procedure. There by the RVR "shall" be dismissed in the interest of justice.

REC BY OOA
MAY 22 2020

Inmate/Parolee Signature: _[signature]_    Date Submitted: 1-30-2020

16
of 29    5 of 8

State of California

**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Monday, February 3, 2020*

*GUTIERREZ, T54483*
*A 003A2004001L*

DISCIPLINARY, Division D, 01/31/2020
Log Number: FSP-O-20-00173
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*RO Other*

*Mr. Gutierrez, this appeal is a duplicate of FSP-O-20-00038, which has already been assigned
at the Second Level of Review. Furthermore, as you are already aware, and as documented via
FSP-O-20-00038, on January 16, 2020, your appeal issue was submitted to the Hiring
Authority for determination of staff complaint. However, after review, it was determined your
appeal does not meet the criteria to be processed as a staff complaint. Additionally, you are
hereby advised to please refrain form submitting duplicate appeals.*

☐ K. Michels, CCII
☑ C. Carrillo, CCII (A)
☐ A. Pierson
☐ A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

**FSP APPEALS OFFICE**

**FEB 0 6 2020**

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
THIS IS NOT A DUPLICATE OF FSP-O-20-00038. You (APPEAL COORD. OFFICE) RETURNED THAT 602 TO ME
TWICE AND YOU (C. Carrillo CCI) TOLD ME I HAD TO FILE A DIFFERENT 602 FOR A COMPLAINT, CHECK THE 2
FORMS 695 ON THE O-20-00038 602 and you will see it. So I filed my 1st 602 on my "RVR" and this
one is my complaint with the rights and responsibilty form attached. Please process my complaint.
Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, February 6, 2020*

*GUTIERREZ, T54483*
*A  003A2004001L*

DISCIPLINARY, Division D, 02/06/2020
Log Number: FSP-O-20-00173
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*RO  Other*

*Mr. Gutierrez, Appeals Coordinator acknowledges your response written on CDCR 695 dated February 3, 2020. Based on said response and based on your request I review my responses to you, as it pertains to FSP-O-20-00038, Appeals Coordinator reviewed reasons for rejection as documented on CDCR 695 dated January 8, 2020 and January 17, 2020. After review of rejection reasons it is determined your response written on CDCR 695 dated February 3, 2020, is accurate in that my response states in part, "You may resubmit the unrelated issues separately using separate appeals." However, Mr. Gutierrez, please be advised, both of your issues as written in FSP-O-20-00038 and FSP-O-20-00173, have been addressed. Specifically, your issue with associated RVR has been addressed in that appeal FSP-O-20-00038, has been assigned for Second Level Review. Additionally, your issue regarding your allegation of staff misconduct has also been addressed in that your issue was submitted to the Hiring Authority for determination of grievance against staff. However, as you already are aware, the Hiring Authority determined your issue does not meet the criteria to be processed as a grievance against staff. It is based on the aforementioned that this appeal now constitutes a duplication of FSP-O-20-00038.*

**FSP APPEALS OFFICE**

**FEB 1 2 2020**

☐  K. Michels, CCII
☑  C. Carrillo, CCII (A)

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
Under 3084(g) this is a staff misconduct and violation of procedure, by opening confidential mail not in the presence of an inmate §3143 & 3144. A violation of policy, procedure, regulation by staff ~~see~~ according to the title 15, so this falls under a staff complaint which you told me to file seprately. Please process this 602.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE THIS CDC 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, February 13, 2020*

*GUTIERREZ, T54483*
*A  003A2004001L*

DISCIPLINARY, Division D, 02/12/2020
Log Number: FSP-O-20-00173
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*RO  Other*

*Per our face to face discussion on February 13, 2020, in the Appeals Office, it is concluded your allegation of staff misconduct was submitted to the Hiring Authority for determination of staff complaint on January 16, 2020, in which the Hiring Authority determined your appeal does not meet the criteria to be processed as a staff complaint. Based on the aforementioned this issue will not be resubmitted to the Hiring Authority.*

☐ K. Michels, CCII
☑ C. Carrillo, CCII (A)
☐ A. Pierson
☐ A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

I understand we spoke about this already but I must ask you to process this appeal so that I can exhaust it all the way thru the 3rd level as stated in title 15 3084.1/3084.7(4)(b) to be able to go to the courts with this issue. Just because you said the warden doesn't find any staff misconduct, I still need this 602 signed by someone in a higher authoritive position. (Please process or by pass to 2nd lvl of review.)

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

State of California
CDC FORM 695
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Tuesday, March 17, 2020*

*GUTIERREZ, T54483*
*A 003A2004001L*

DISCIPLINARY, Division D, 03/11/2020
Log Number: FSP-O-20-00173
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

***RO Other***

***On January 16, 2020, your appeal issue was submitted to the Hiring Authority for
determination of staff complaint. After review, it was determined your appeal does not meet
the criteria to be processed as a staff complaint.***

☐  K. Michels
☑  C. Carrillo, CCII (A)
☐  A. Pierson
☐  A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

**RECEIVED**

MAR 24 2020

BY FSP APPEALS OFFICE

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

CCII Carrillo, its obivious you are not being fair or impartially on my 602 appeal,
this is a violation of ccr:3004(a), 3391(a). Please haveno more dealing on
this matter process this appeal and send t 2nd level by way of by pass
(FSP-0-20-00173) under ccr: 3084(a) or cancell this appeal so I can go to the court

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.

**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

ATTN: K. Michels

     I ASK that you please intervine in this situation with my 602 Appeal not getting processed to the next level by C. Carrillo. I know he's protecting his ISU comrad/coworker. I am being punished on "C" Status for 6 months do ~~this~~ to this write up (115). ISU officer clearly violated the Title 15 rules and lied in the 2nd level of review in the interview with the SHo to cover his tracks. how can this not be a violation of CCR title 15, and violation of law P.C. 118.1 Peace officers false Report, and P.C. 134, false Documentary. Please process and by pass to 2nd level of review so that I can exhaust all remedies to beable to file to the courts on this issue, or dismiss the RVR completely.

**RECEIVED**

MAR 2 4 2020

BY FSP APPEALS OFFICE

DEPARTMENT OF CORRECTIONS AND REHABILITATION

~~LEE~~ **REQUEST FOR INTERVIEW, ITEM OR SERVICE**

~~r/09)~~

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GUTIERREZ, UBALDO | | T-54483 | U. Hutrix |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 3-A2-04 | "C" STATUS | | WHAT HAPPENED TO STAFF MISCONDUCT 602. |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: To appeal coor. I wanted to know the status of a staff misconduct "filed on 3-27-2020 against office P. Reyersbach where the officer lied in the interview of Appeal # FSP-0-20-00038 to LT. Albin to support the RVR, which make it a false report. I had filed it due to new evidence I didn't have at the time, only until I recieved the final copy, before sending it to the 3rd level. It states in the CDCR title 15 that you have to give me a log #, and 30 days to respond. Your 30 days are almost up. Please send me a log #. I hope it doesn't disappear or #A2=04 disappeared.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: __Appeals coor. K. Michels (CCI)__    DATE MAILED: **4/21 2020**

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| R. O'NEIL | 4-21-20 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| K. Michels (CCI) Appeals coor. | 4-22-20 | (CIRCLE ONE) · IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K. Michels | 4-22-20 | Tellico | 4-22-20 |

FSP-0-20-00527 is an appeal of the cancellation of a prior appeal. It was accepted on 3/3/20. The CLR due date is 5-12-2020. See attached.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Tuesday, March 24, 2020*

*GUTIERREZ, T54483*
*A  003A2004001L*

MAIL, Policy & Procedures, 03/24/2020
Log Number: FSP-O-20-00173
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(2). The appeal duplicates a previous appeal upon which a decision has been rendered or is pending.*

*On January 16, 2020, your appeal issue was submitted to the Hiring Authority for determination of staff complaint. After review, it was determined your appeal does not meet the criteria to be processed as a staff complaint. All other issues mentioned in your appeal, with exception to the staff complaint, were addressed in FSP-O-20-00038. FSP-O-20-00038 addresses RVR 6945621 and addresses legal mail processing as it relates to said RVR. As such, there are no new issues in this appeal that have not been addressed in previous appeals.*

☑ K. Michels, Appeal Coordinator
☐ C. Carrillo, CCII (A)
☐ A. Pierson
☐ A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

*18 of 29*

STATE OF CALIFORNIA                                 DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858  (Rev. 10/06)


# RIGHTS AND RESPONSIBILITY STATEMENT


*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]   FOR ANY IMPROPER POLICE   [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.   CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.


COMPLAINANT'S PRINTED NAME          COMPLAINANT'S SIGNATURE          DATE SIGNED

Ubaldo Gutierrez                          Z. Huti                      T-54483        1-30-2020
INMATE/PAROLEE PRINTED NAME         INMATE/PAROLEE SIGNATURE         CDC NUMBER    DATE SIGNED


RECEIVING STAFF'S PRINTED NAME      RECEIVING STAFF'S SIGNATURE       DATE SIGNED


DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant



# EXHIBIT C

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
OTRR314                          INMATE PRIORITY PASS

| INMATE'S NAME | | CDC# | HOUSING AREA/BED |
|---|---|---|---|
| Gutierrez, Ubaldo Mio | | T54483 | A D03A2 - 004001L |
| ISSUED BY | ISSUE DATE | APPT. DATE | APPT. TIME |
| C. Carrillo | 02/13/2020 | 02/13/2020 | 08:30 |
| APPT. LOCATION | TYPE / REASON | | |
| APPEALS OFFICE | Appeals/Appeal Interview | | |
| ARRIVAL TIME: | RECORDED BY: | | |
| DEPART TO: | DEPART TIME: | RECORDED BY: | |

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS
INMATE PRIORITY PASS                              CDC 129(7/88)

| INMATE'S NAME | CDC #: | HOUSING |
|---|---|---|
| GUTIERREZ | T54483 | A03A20401L |
| ASSIGNMENT #: | DATE: | APPROVED BY: |
| VC1.007.171 | 04/24/20 | C/L |
| PASS TO: | DATE: | TIME: |
| Assignment Office | 4/27/2020 | 0900 |
| REASON | | |
| Appeals Interview | | |
| ARRIVAL TIME: | RECORDED BY: | |
| DEPART TO: | TIME: | CUSTODY  MEDA |

# EXHIBIT D

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Gutierrez, Ubaldo | | T-54483 | |
| **HOUSING/BED NUMBER:** 3-A2-04 | **ASSIGNMENT:** C-STATUS | **HOURS FROM _____ TO _____** | **TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.):** 602 TO WARDEN |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I just wanted to notify you that I've sent
a 602 appeal addressed to you on 2-19-2020.
I was told you where aware of it and denied my staff
complaint by CCII. C. Carrillo Please read 602.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL:  ADDRESSED TO: (WARDEN) RICK HILL     DATE MAILED: 2,29 2020

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: R. Herrera | DATE: 2/20/20 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) Ⓨ NO |
|---|---|---|---|
| IF FORWARDED - TO WHOM: Warden R. Hill | | DATE DELIVERED/MAILED: 2/20/20 | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: Carrillo, C. | DATE: 3/3/20 | SIGNATURE: | DATE RETURNED: 3/3/20 |
|---|---|---|---|

Please be advised this Form 22 was forwarded from the
Warden's Office to the Grievance Office Please refer to
CDCR 695's pertaining to your appeal(s)

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)                                                                                                              Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | FSP-0-20-00292 | | |
| | FOR STAFF USE ONLY | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**                    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gutierrez, Ubaldo | T-54483 | 3-A2-04 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): ~~TO THE WARDEN:~~
For the warden to help get my 602 of "staff misconduct" processed

**RECEIVED**
FEB 20 2020
BY FSP APPEALS OFFICE

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): RICK M. HILL (WARDEN)
I REQUEST TO YOU TO PLEASE "INTERVENE" ON THIS MATTER. ON JAN. 7, 2020 I
SUBMITTED A 602-APPEAL FOR (RVR LOG # 6945621) THE APPEAL LOG # (FSP-0-
20-00038. APPEAL WAS REJECTED BY CCII(A) CARILLO, C. ON JAN 8, 2020

B. Action requested (If you need more space, use Section B of the CDCR 602-A): ① That (warden) Rick
M. Hill acknowledge that I'm aware that I (could not) Appeal a rejected appeal,
But based on the circumstances that (Law, Rules & Regulations) of title 15
CCR : 3143(a), 3004(a) and 3391(a), # 3144(a) where are vidated by staff

**RECEIVED**
FEB 27 2020
BY FSP APPEALS OFFICE

Supporting Documents: Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
602. # (FSP-0-20-00173) along          together.
will screening letters. ( pg. 8pgs all

☐ No, I have not attached any supporting documents.  Reason : _____

**RECEIVED**
MAR 11 2020
BY FSP APPEALS OFFICE

**REC BY OOA**
MAY 2 2 2020

Inmate/Parolee Signature: _U.P. Huffiy_____    Date Submitted: Feb-17, 2020
☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**                            **Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes   ☐ No**
This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.                                                      RO
☒ Rejected (See attached letter for instruction)  Date: 2/20/20 RO  Date: 2/28/20 RO  Date: 3/17/20 RO  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.
Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder: Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____  Interview Location: _____
Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter.  If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____
Reviewer: _____ (Print Name)  Title: _____  Signature: _____
Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____ / ____ / ____ |

24
of 29                                                                                                                    1 of 8

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

FSP-0-20-00292

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gutierrez, Ubaldo | T-54483 | 3-A24 04 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** DO TO APPEAL INVOLVING MULTIPLE ISSUES, SUPOSSEDLY NOT DERIVING FROM A SINGLE EVENT (OR) DIRECLY RELATED. I WAS TOLD TO RESUBMITT ● UNRELATED ISSUES ON A SEPARATE APPEAL. I "COMPLIED" THE APPEAL LOG # IS (FSP-0-20-00173) CCII C. Carillo "REJECTED" THE APPEAL ON (FEB 3, 2020) STATING IT IS A DUPLICATE OF (FSP-0-20-00038) WHICH HAS ALREADY BEEN ASSIGNED AT SECOND LEVEL OF REVIEW. PLEASE NOTE THIS APPEAL IS NOT A "DUPLICATE", BUT RATHER A "DIRECT STAFF COMPLAINT". I RESUBMITTED "REJECTED" APPEAL, AND AGAIN IT GOT REJECTED, ON (FEB 13 2020). CCII C.CARILLO STATED IT CONCLUDES YOUR ALLEGATION OF "STAFF MISCONDUCT" WAS SUBMITTED TO HIRING AUTHORITY ON JAN 16, 2020 BASED ON THE AFFORMATION THIS ISSUE, WILL NOT BE RESUBMITTED TO HIRING AUTHORITY, REALITY IS MR. RICK M. HILL THAT ON THIS MATTER (LAW, RULES & REGULATIONS) POLICY & PROCEDURE OF TITLE 15 CCR: 3143(a) 3144(a) 3004(a) and 3391(a) where violated by staff, by definition of 3084(g) it is "Staff misconduct". The illegal actions by staff are "evident." Appeal (FSP-0-20-00038) should have been process as a staff misconduct appeal against (s/to) Lt. J. Pantoja and appeal (FSP-0-20-00173) should be process as a "Direct staff misconduct" against (this) ISU officer P. REYERSBACH for violation of 3143(a) & 3144(a)

Inmate/Parolee Signature: _[signature]_    Date Submitted: Feb. 17, 2020

**B. Continuation of CDCR 602, Section B only (Action requested):** By definition of CCR: 3084(g) it is "staff misconduct". The "evidence" that proves misconduct is thier "conduct" in the performance of thier duties. The appeal should have been process correctly, according to CCR: title 15, (2) If (warden) believes that the appeal (FSP-0-20-00173) is a duplicate of appeal (FSP-0-20-00038) then appeal (FSP-0-20-00038) should have been process as a grievance complaint. But it is not a duplicate appeal. (Warden) could not disregard violations of CCR: 3143(a), 3144(a) 3004(a), & 3391(a). Use as reference CCR: 3084(g) to determin if misconduct occur on this matter by (s/to) Lt. J. Pantoja or (ISU) P. Reyersbach. (#3) Please process (appeal) according to title 15: 3084.5 (b)(4), 3084.9 (i)(1)-(i)(3) so I can exhaust all remedies and proceed to a higher level with this grievence. I need something in writing by a higher authority to show I tried to exhaust all my remedies.

Inmate/Parolee Signature: _[signature]_    Date Submitted: Feb. 17, 2020

RECEIVED
FEB 20 2020
BY FSP APPEALS OFFICE

RECEIVED
FEB 27 2020
BY FSP APPEALS OFFICE

RECEIVED
MAR 11 2020
BY FSP APPEALS OFFICE

REC BY COA
MAY 22 2020

25
22 of 29

2 of 8

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Friday, February 21, 2020*

*GUTIERREZ, T54483*
*A 003A2004001L*

DISCIPLINARY, Division D, 02/20/2020
Log Number: FSP-O-20-00292
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

***RO  Other***

***Mr. Gutierrez, as documented multiple times on CDCR 695''s and as discussed in the
Grievance Office with Grievance Coordinator, your appeal issue has already been reviewed by
the Hiring Authority and the Hiring Authority determined your appeal does not meet the
criteria to be processed as a grievance against staff. With that said, on February 20, 2020,
Grievance Coordinator contacted Hiring Authority and briefed Hiring Authority on your
insistence for Hiring Authority to process your appeal as a grievance against staff. Therefore,
Hiring Authority reviewed your appeal. After review, Hiring Authority again determined
your appeal does not meet the criteria to be processed as a staff complaint. Furthermore, if it
is your goal to exhaust administrative remedies, as it pertains to your allegation of legal mail
procedures not being adhered to, please be advised FSP-O-20-00038, will address this issue.***

☐  K. Michels, CCII
☑  C. Carrillo, CCII (A)
☐  A. Pierson
☐  A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

**RECEIVED**

FEB 2 7 2020

**BY FSP APPEALS OFFICE**

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
CCII C. Carrillo, its "obvious" you are not being fair or impartially on attending of my 602
appeals, this is a violation of CCR: 3004(a), 3391(a) for not being professional alert and responsible in dealing
with inmates. Please have no more dealing on this matter, (Ac) coordinator, process (FSP-O-20-00292) under
CCR: 3084. (a) right to appeal, or cancell this appeal.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Friday, February 28, 2020*

*GUTIERREZ, T54483*
*A  003A2004001L*

DISCIPLINARY, Division D, 02/27/2020
Log Number: FSP-O-20-00292
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*RO  Other*

*Mr. Gutierrez, you are advised to familiarize yourself with DOM section 54100.25, which
documents mandated actions specific to Appeals Coordinator and the Hiring Authority. With
that said, after you have familiarized yourself with above mentioned DOM section, you are
further advised to please identify an action requested consistent with a routine appeal and
resubmit if you seek further processing of this appeal.*

☐  K. Michels, CCII
☑  C. Carrillo, CCII (A)
☐  A. Pierson
☐  A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

# RECEIVED

MAR 11 2020

BY FSP APPEALS OFFICE

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
C. Carillo, California of Regulations (Title 15) is the law Rules and Regulations which Govern
(602- Appeals process) CCR: 3084-3084.9, Mandates the attending of appeals "Not DONE"
process appeal (FSP-O-20-00292) Per CCR: 3084.3 (b)(4), 3084.9 (i)(1)-(i)(3) Let "warden"
determin if appeal qualifies (as) complaint (or) Ractation Regular appeal.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

27 of 29

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Tuesday, March 17, 2020*

*GUTIERREZ, T54483*
*A 003A2004001L*

DISCIPLINARY, Division D, 03/11/2020
Log Number: FSP-O-20-00292
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is</u>**
**<u>subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

**RO Other**

*Mr. Gutierrez, your statement regarding Title 15 being law is accurate; however, the fact still*
*remains, the Hiring Authority already deemed your issue to not meet the criteria to be*
*processed as a grievance against staff. Therefore, if you would like this appeal to be processed*
*as a routine appeal, you must identify an action requested, which is consistent with a routine*
*appeal.*

☐  K. Michels
☑  C. Carrillo, CCII (A)
☐  A. Pierson
☐  A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

C. Carrillo  we have been going back and forth on this matter, process this appeal
(FSP-O-20-00292) under CCR: 3084(a) or cancel this appeal. If your not
going to cancel by pass to the 2nd level of review so that I can exhaust
my remedies and go to courts with this issue. STOP Blocking my Right to appeal any issue

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

STATE OF CALIFORNIA                                        DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)


# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown
inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a depart-
mental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a
departmental peace officer]   FOR ANY IMPROPER POLICE   [or peace] OFFICER CONDUCT.
CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE
CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION
OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT
ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE,
YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE
AN OFFICER BEHAVED IMPROPERLY.   CITIZEN [or inmate/parolee] COMPLAINTS AND ANY
REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR
AT LEAST FIVE YEARS.


| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Ubaldo Gutierrez | | T-54483    3-21-20 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER    DATE SIGNED |

| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
|---|---|---|
| | | |

DISTRIBUTION:
ORIGINAL –
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

29 of 29

EXHIBIT 

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Gutierrez, Ubaldo | | T-54483 | U. Huti |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 3-A2-04 | | | APPEALS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I NEED TO SPEAK TO THE CAPTAIN, ABOUT A SERIOUS ISSUE. I'VE 602 THE WARDEN AND SENT 22FORMS TO THE WARDEN (RICK HILL) AND SOMEONE ELSE IS RESPONDING TO THEM. CAN YOU PLEASE COME TO SEE ME IN PERSON? ASAP

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED.**

☐ SENT THROUGH MAIL: ADDRESSED TO: _____    DATE MAILED: 3, 5 2020

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| C/OS ROSEN | 3-5-2020 | J Rom | *(CIRCLE ONE)   YES   NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CAPTAIN LANIGAN | | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: Via Inst. |
|---|---|---|---|
| A, Lanigan | 3-9-2020 | | 3-9-2020  Mail |

Both Lt. Mejia and discussed this issue with you on 3-6-2020 (in person); during this conversation you were informed that the institutional appeals coordinator responded to you on the Warden's behalf.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

# EXHIBIT 

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 20008735 | FSP-0-20-00527 | | 10 |
| | *FOR STAFF USE ONLY* | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, *only* one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**     **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gutierrez, Ubaldo | T-54483 | 3-A2-04 | "C" |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

~~I'm not~~ Appealing Log # FSP-0-20-00173 cancellation based on new evidence discovered during 602 appeal.

**RECEIVED**

**MAR 30 2020**

**BY FSP APPEALS OFFICE**

A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A): WARDEN "RICK M. HILL"
I'm directing this appeal to you with hopes you attend this matter acknow-
leding Law, CDCR title 15, and "Evidence" presented with proffesionalism and
fairness as required by 3 CCR: 3004(a) and 339(a). In the process of disputing

B.  Action requested (If you need more space, use Section B of the CDCR 602-A): (1) That reviewer, reviews
this accusations against "ISU" P. Reyesbach analyzing the false statements on (RVR)
report and statements provided to Lt. J. Albin, by "ISU" officer on (602 appeal interview)
and reflect on the record if in fact "ISU" officer provided "false accounts" on

Supporting Documents:  Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
~~First~~ Second level Response, copy of     RVR date 12-12-2019, plus appeal
602 appeal # FSP-0-20-00038 /     # FSP-0-20-00173 "Staff complaint
                                   and rights and responsibility statement.

☐ No, I have not attached supporting documents. Reason : _____

**REC BY OOA**

**MAY 22 2020**

| Inmate/Parolee Signature: | U. Gutierrez | Date Submitted: 3-27-20 |
|---|---|---|

☐  By placing my initials in this box, I waive my right to receive an interview.

C.  First Level - Staff Use Only                    Staff – Check One:  Is CDCR 602-A Attached?  ☑ Yes  ☐ No
This appeal has been:

~~BYPASS~~ (stamped diagonally)

☐ Bypassed at the First Level of Review - Go to Section B
☐ Rejected (See attached letter) Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____  Title: _____  Signature: _____  Date completed: _____
                (Print Name)

Reviewer: _____  Title: _____  Signature: _____
              (Print Name)

Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____ / ____ / ____ |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)
Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | FSP-0-20-00527 | | 10 |
| | *FOR STAFF USE ONLY* | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gutierrez, Ubaldo | T-54483 | 3-02-64 | "C" |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** RVR Log#6945621, I tried to file (a) 602 appeal Staff complaint as directed by CCII C. Carrillo, against "Isu" P. Reyersbach (see) appeal #(FSP-0-20-00173). It was determined by (you) there was (no) evidence to support "Staff Misconduct allegations". It appears Warden did not acknowledge the law, rules & regulations or policy of title 15 CCR; 3143(a), 3144(a) 3044(a) and 3391(a) for its "true meaning of law". If staff violates any sections cited such action equal to misconduct CCR; 3084(f/g). There is (no) justifications for "Isu" P. Reyersbach "Illegal Actions" in the attending of "incoming legal mail "If he did not comply with CCR: 3143(a), 3144(a) and 3391/a), it means (misconduct). During the attending of appeal (#FSP-0-20-00038) A 602 interview was conducted with Isu P. Reyersbach by Lt. J. Albin, note: that (Isu) R Reyersbach provided statements contradicting the "RVR" report which makes the "RVR" a (false report) which is a violation of law P.C. 118-1 "Peace officers false report" and P.C. 134 "false documents" the folling "Evidence" proves these accusations. On "RVR" (Re) states "I opened the package and removed the cellphone (after-wards) I contacted the law office. Compare these" false statements" with Isu P. Reyersbach Statements on (SLR)(page 2) of 602 appeal, Officer states "He" contacted the law office listed on the mail (prior) to opening the mail. "RVR" report states the contrary: Isu officer, Opened legal mail first, then contacted law office, This statement makes "RVR" a (false report)" which is a violation of law, P.C. 118.1 and P.C. 134 false documents.

Inmate/Parolee Signature: _(signature)_    Date Submitted: 3-27-20

**B. Continuation of CDCR 602, Section B only (Action requested):** "RVR" or, on (602 appeal interview)(page 2) of (SLR) as to what he did first" the RVR states" I opened the package I removed the cell phone, I processed phone in an evidence envelope secured it into the media storage locker pending investigation. (I contacted the law office)←this took place after (he) retrieved cellphone from legal mail package, and (not PRIOR) to contacting the law offices as stated on (SLR) page 2 of appeal documents. (2) that "Reviewer" present this matter to secretary of (CDCR) and have "Internal Affairs "Investigate the violations of law. (3) that (reviewer) processes 602 appeal # FSP-0-20-00173 as a "staff Complaint" and this new 602 appeal (as a Staff Complaint for "New Information" has revealed that crime was committed by (Isu) P. Reyersbach by providing "false accounts" on & government Documents.

Inmate/Parolee Signature: _(signature)_    Date Submitted: 3-27-20

RECEIVED
MAR 30 2020
BY FSP APPEALS OFFICE

REC BY OOA
MAY 22 2020

# Memorandum

Date:   April 29, 2020

To:     GUTIERREZ, T54483
        Folsom State Prison

Subject:   **SECOND LEVEL APPEAL RESPONSE**
           **LOG NO: FSP-O-20-00527**                              **APPEAL IS DENIED**

**ISSUE:** The appellant is submitting this appeal relative to the cancellation of a previous appeal. Appeal Log No. FSP-O-20-00173 was cancelled on March 24, 2020, for being substantially duplicative of Appeal Log No. FSP-O-20-00038. FSP-O-20-00038 was Denied at the Second Level of Review (SLR) on February 28, 2020. The appellant contends that FSP-O-20-00173 was submitted as a Staff Complaint against Officer P. Reyersbach. The appellant contends that FSP-O-20-00173 is not a duplicate of Log No. FSP-O-20-00038 based on his assertion that new and compelling information was identified in the completed SLR, which he received during the week of March 2, 2020. The appellant contends that this new information clearly shows the conflicting statements made by Officer Reyersbach, and establishes the possibility that false statements were made. The appellant requests that his cancelled appeal, Log No. FSP-O-20-00173, be processed at the SLR as a Staff Complaint.

**INTERVIEW:** The appellant was provided a face to face interview on April 27, 2020, with A. Brager, Associate Governmental Program Analyst. Prior to the interview, a review of the appellant's Strategic Offender Management System (SOMS) and Electronic Records Management System (ERMS) indicated the most recent Test of Adult Basic Education score of 9.0. The appellant is not a participant in the Mental Health Services Delivery System and is of Adequate Cognitive Functioning in accordance with the Developmental Disability Program.

The Appellant was given an opportunity to provide additional information regarding his current appeal. The appellant reiterated that Appeal Log No. FSP-O-20-00173 should be processed as a Staff Complaint due to his belief that Officer Reyersbach's actions violated California Code of Regulations (CCR), Title 15, Section 3144(a) and 3143(a), regarding the handling and processing of Legal Mail. The appellant stated that serious Rules Violation Report (RVR) Log No. 6945621 should be dismissed in the interest of justice based on Officer Reyersbach allegedly documenting and providing contradicting statements in his recounting of events on the initial RVR and then later during his testimony as the Reporting Employee during the RVR Hearing held on December 27, 2019.

*1 of 29*

**FINDINGS:** This appeal, the appellant's SOMS and ERMS files, and all attached documentation have been reviewed for the basis of this decision. Appeal Log No. FSP-O-20-00038 was initially received by the Folsom State Prison Appeals Office on January 8, 2020, and was rejected that same day. The Appeals Office instructed the appellant to clarify his requested action. The appeal was received by the Appeals Office, a second time, on January 15, 2020. Based on the appellant's clarifying comments, the appeal was submitted to the Hiring Authority for determination of Staff Complaint Review on January 16, 2020. On January 17, 2020, the Hiring Authority determined that the appeal did not meet the established criteria for processing as a Staff Complaint. The appeal was returned to the appellant advising him of such. Additionally, the appellant was provided instructions regarding appealing any remaining issues. On January 23, 2020, FSP-O-20-00038 was accepted as an appeal of RVR Log No. 6945621 for review at the SLR. Said appeal was denied and a copy was mailed to the appellant on February 28, 2020.

On January 31, 2020, the appellant submitted a new appeal, Log No. FSP-O-20-00173, as a Staff Complaint against Officer Reyersbach, alleging a violation of confidential legal mail processing policy and procedure. This appeal stemmed from the same events as documented in FSP-O-20-00038. Additionally, FSP-O-20-00173 was submitted while FSP-O-20-00038 was still in process. FSP-O-20-00173 was rejected as being a duplicate of FSP-O-20-00038. The appeal was received thereafter, an additional four (4) times before being cancelled on March 24, 2020, as being a duplicate of FSP-O-20-00038. Specifically, the appellant's cancellation notice stated, "On January 16, 2020, your appeal issue was submitted to the Hiring Authority for determination of a staff complaint. After review, it was determined your appeal does not meet the criteria to be processed as a staff complaint. All other issues mentioned in your appeal, with exception to the staff complaint, were addressed in FSP-O-20-00038. FSP-O-20-00038 addresses RVR 6945621 and addresses legal mail processing as it relates to said RVR. As such, there are no new issues in this appeal that have not been addressed in previous appeals."

**REGULATIONS:** The rules governing this issue are:
CCR, Title 15, Section(s):

CCR § 3084.1      Right to Appeal
CCR § 3084.6(c)(2)   Rejection, Cancellation, and Withdrawal Criteria

**DECISION:** This appeal is **DENIED.** Appeal Log No. FSP-O-20-00173 remains cancelled as a duplicate of FSP-O-20-00038.

The appellant is advised that this issue may be submitted at the Third Level of Review.

RICK M. HILL
Warden
Folsom State Prison

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER T54483 | INMATE'S NAME GUTIERREZ, UBALDO M. | MEPD 07/30/2030 | FACILITY FOL-Facility A | HOUSING LOCATION FOL-A - A 003A2 - 037001L |
|---|---|---|---|---|

| VIOLATION DATE 12/12/2019 | VIOLATION TIME 08:30:00 | VIOLATION LOCATION FOL-Facility A - RVR - CELL | | WITH STG NEXUS No |
|---|---|---|---|---|

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On Thursday, December 12, 2019, I was performing my duties as Folsom State Prison (FSP) Investigative Services Unit (ISU) Officer 6. Specifically at approximately 0830 I reported to the Mailroom regarding a package containing a possible cellphone. I took possession of the package and returned to ISU. The package was addressed to Ubaldo Gutierrez and was described as legal mail with a sender address of Law Offices of Mifflin & Associates, 4309 Western Ave, Los Angeles, Ca. 90062. I opened the package and began leafing through the pages. Many of the pages were stuck together. At page 91, I found a portion cut out in the pages which revealed a black "J Star" cellular phone. I removed the cellphone and leafed through the remainder of the package finding no other contraband. I exposed four (4) photos of the incident. The photos depict the following:
Photo #1 is the priority envelope addressed to Gutierrez on an evidence placard.
Photo #2 is the legal work removed from the envelope on an evidence placard.
Photo #3 is the legal work opened to page 91 exposing the "J STAR" cellular phone on an evidence placard.
Photo #4 is the envelope, legal work and the cellular phone on an evidence placard.
I processed the phone in an evidence envelope and secured it into the Media Storage Locker (MSL). I retained the envelope and legal material pending investigation. I contacted the Law Offices of Mifflin and Associates regarding the priority mail. I spoke with a Ms. Emilia and questioned her as to whether Gutierrez was a client of the Law Firm. Ms. Emilia researched Gutierrez and informed me that Gutierrez was not a client at Mifflin and Associates. It appears that Gutierrez is utilizing the legal mail system to introduce contraband into the institution. I alerted Unit 3 Officer Gibbons of my discovery. C/O Gibbons stated he would inform Gutierrez he would be receiving a CDCR-115. This ends my involvement in this incident.
PERNR ▓▓▓▓▓

| REPORTING EMPLOYEE P. Reyersbach | TITLE C/O | ASSIGNMENT ISU 6 | RDO S/M/H | DATE: 12/20/2019 |
|---|---|---|---|---|

| RVR LOG NUMBER:  000000006945621 | VIOLATED RULE NUMBER:  3006(a) |
|---|---|
| SPECIFIC ACT:  Conspire - Possession of a cellular telephone | *NEVER POSSED ANY DANgerous CONTRABAND AS STATED IN SEC 3006(a)* |

CLASSIFICATION

*7 of 23*

*9 of 29*

LEVEL:  Serious                                    OFFENSE DIVISION:  Division D

REFERRED TO:  Senior Hearing Officer              FELONY PROSECUTION LIKELY:  No

| REVIEWING SUPERVISOR<br>J. Pagan | TITLE<br>Sergeant | DATE<br>12/20/2019 |
|---|---|---|

| CLASSIFIED BY<br>A. Benedyuk | TITLE<br>LT | DATE<br>12/20/2019 |
|---|---|---|

CDCR SOMS ISST120 - RULES VIOLATION REPORT

$8$ of $23$

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER T54483 | INMATE'S NAME GUTIERREZ, UBALDO M. | MEPD 07/30/2030 | FACILITY FOL-Facility A | HOUSING LOCATION FOL-A - A 003A2 - 037001L |
|---|---|---|---|---|
| VIOLATION DATE 12/12/2019 | VIOLATION TIME 08:30:00 | VIOLATION LOCATION FOL-Facility A - RVR - CELL | | |

| INMATE NOTIFICATION | | |
|---|---|---|
| POSTPONEMENT OF DISCIPLINARY HEARING | | |
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REVOKE my request for postponement. | INMATE SIGNATURE | DATE |
| STAFF ASSISTANT | | |
| ☐ REQUESTED    ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |
| INVESTIGATIVE EMPLOYEE | | |
| ☐ REQUESTED    ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |

9 of 23

11 of 29

# SUMMARY OF DISCIPLINARY PROCEDURES AND INMATE RIGHTS
See California Code of Regulations, Title 15 (CCR) for details

**A. TIME CONSTRAINTS –**

1. A classified copy of the Rules Violation Report and any additional/supplemental information containing any elements of the violation charged shall normally be provided to the inmate within 15 days from the date the information leading to the charges is discovered by staff.

2. The charges shall be heard within 30 days from the date the inmate is provided a classified copy of the Rules Violation Report unless the charges were referred for possible prosecution and the inmate has been granted a request for postponement of the disciplinary proceedings pending the outcome of the referral, if exceptional circumstances exist pursuant to CCR Section 3000, or the inmate is transferred out of the custody of the department. Postponement shall not bar any credit forfeiture.

3. REFERRAL FOR PROSECUTION - **(Serious Rules Violations Only)** - Referrals for prosecution will not delay a disciplinary hearing unless you submit a request in writing for postponement of the hearing pending the outcome of such referral. You may revoke such request in writing at any time prior to the filing of accusatory pleadings by the prosecuting authority. A disciplinary hearing will be held within 30 days of staff receiving your written revocation of your request to postpone the hearing or within 30 days of receiving a response from the prosecuting authority. (CCR Section 3316-3320)

4. Failure to meet the time constraints outlined in CCR Section 3320 shall preclude forfeiture of credits.

**B. INVESTIGATIVE EMPLOYEE/STAFF ASSISTANCE –**

1. General Information - You may request to have an Investigative Employee to assist in the investigation and/or a Staff Assistant assigned, to assist in the preparation, or presentation of your defense at the disciplinary hearing. Staff shall evaluate your request along with the criteria outlined in CCR Section 3315 (d)(1) and CCR Section 3315(d)(2) and determine if an Investigative Employee and/or Staff Assistant shall be assigned.

2. Staff Assistant - If assigned, the Staff Assistant will inform inmates of their rights and of the disciplinary hearing procedures, advise and assist in the inmate's preparation for a disciplinary hearing, represent the inmate's position at the hearing, ensure that the inmate's position is understood, and that the inmate understands the decisions reached. (CCR Section 3318)

3. Investigative Employee - **(Serious Rules Violations Only)** - If assigned, will gather information, question staff and inmates, screen witnesses, and complete and submit a written, non-confidential report to the disciplinary hearing officer. You have the right to receive a copy of the investigative employee's report 24 hours before a hearing is held. (CCR Section 3318)

4. Witnesses - **(Serious Rules Violations Only)** - You may request the presence of witnesses at the hearing who can present facts related to the charges against you. You may also request the presence of the reporting employee and the investigative employee. You may, under the direction of the hearing officer, questions any witness present at the hearing. The hearing officer may deny the presence of witnesses when specific reasons exist. (CCR Section 3315)

5. Personal Appearance - A hearing of the charges will not normally be held without your presence, unless you refuse to attend. (CCR Section 3320)

**C. DISPOSITION** - At the end of the hearing, you will be advised of the findings and disposition of the charge. Within five working days, following review of the Rules Violation Report by the Chief Disciplinary Officer, you will be given a copy of the completed rule violation report, which will contain a statement of the findings and disposition and the evidence relied upon to support the conclusions reached. (CCR Section 3320)

**D. APPEAL** - If you are dissatisfied with the process, findings or disposition, you may submit an inmate appeal within 30 days following receipt of the finalized copy of the Rules Violation Report and any other pertinent documentation (CCR Section 3084)

10 of 23

# EXHIBIT G

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*Wednesday, May 20, 2020*

*GUTIERREZ, T54483*
*A  003A2004001L*

GRIEVANCE AGST STAFF, , 05/19/2020
Log Number: FSP-O-20-00823
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

***RO  Other***

*Your appeal was submitted to the Hiring Authority (HA) for determination of staff misconduct
on 05/19/2020. After review, it was determined that your appeal did not meet the criteria to be
processed as a staff misconduct appeal. If you disagree with CDW Johnson's SLR response on
FSP-O-20-00527, you are instructed to file FSP-O-20-00527 at the 3rd Level. This appeal is
essentially disputing the SLR findings for FSP-O-20-00527. Once again, the HA has
determined no staff misconduct issue exists.*

☑ K. Michels, Appeal Coordinator
☐ C. Carrillo, CCII (A)
☐ A. Pierson
☐ A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | FSP-0-20-00823 | | |
| | *FOR STAFF USE ONLY* | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**           **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Gutierrez, Ubaldo | CDC Number: T-54483 | Unit/Cell Number: 3-A2-04 | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

Direct Staff complaint against (CDW T. Johnson)

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): I'm submitting this 602 appeal as a "Direct Staff complaint" against (chief Deputy Warden) T. Johnson for Lying on the second level response page (2) of appeal documents. (CDW) T. Johnson ~~states~~ Log# FSP-0-20-00527 states "there are no new issues in this appeal

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): (1) that "Review" consider these issues are ongoing. They're (New issues) that have not been addressed by appeal staff. (2) that (if) Review Believes I have to submitt a New 602 appeal, on the 'allegations" I'm making against (ISU) P. Reyersbach for lying on RVR and lying to

Supporting Documents: **Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

Rights & Responsibility Statement _____

_____     _____

☐ No, I have not attached any supporting documents. Reason : _____

_____

_____

_____

Inmate/Parolee Signature: _U. Gutierrez_     Date Submitted: 5-18-2020

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.     RD

☒ Rejected (See attached letter for instruction) Date: 5-20-20 RD Date: 6-12-20 Date: _____ Date: _____

☐ Cancelled (See attached letter) Date: _____

☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ____ / ____ / ____ |

**RECEIVED**
MAY 1 9 2020
BY FSP APPEALS OFFICE

**RECEIVED**
JUN 1 2 2020
BY FSP APPEALS OFFICE

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log #: | Category: |
|---|---|---|---|

FSP-0-20-00823

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gutierrez, Ubaldo | T-54483 | 3-A2-04 | |

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** that have not been addressed in
previous appeals". The (New issues) exist, they came into existence, during the
attending of 602-appeal FSP-0-20-00038 interview conducted by LT. ALBIN." The following
information proves my, allegations of the existence of "new issues." That have not been
addressed by appeals staff. (1st) officer P. Reyerbach lied to "interviewer" of appeal
(FSP-0-20-00038) The (lies) consist of the following statements: Officer P. Reyerbach
stated he contacted the law office listed on the mail (PRIOR) to opening the mail.
But in the (RVR) log # 6945621 Authorized by, P. Reyersbach states "contrary" to
the statements made to the (interviewer) on page (2) of (SLR) appeal FSP-0-20-00038
On (RVR) P. Reyerbach, states (he) "open the package" removed the cellphone and processed
in evidence, the contacted the law office of mifflin and associates: These statments are clear.
So which statements are (false) the ones on the (RVR) or on the (SLR) document
you could pick and choose, which is (true) and which statements are (false) regarding
his (illegal action) on the "confiscation" of said cellphone. Reality (is) P. Reyersbach
got caught lying on "legal documents" and the documents mentioned prove it.
These actions are violations of law P.C. 118.1 "peace officers false report" and P.C. 134" false
Documents". These allegations are based are based on (New) issues, that
did not "Exist", until they appeared on FSP-0-20-00038 (SLR) was completed.

Date Submitted: 5-18-2021

**B.  Continuation of CDCR 602, Section B only (Action requested):** Interviewer of appeal, which are (new issues)
addressed me to do so, and I will submitt a 602-appeal on metioned (new issues).
③ Finally, IF (reviewer Believes upon reviewing the (evidence presented) on the (new
issues) that in Deed violations of law, occured, that (RVR) log # No: 6945621 Be DISMISS in
the interest of justice. ④ That the Warden Rick M. Hill not T. Johnson
review this and all staff complaints, and the (RVR) in totality
from begining to end, and explain why this would (or is not considered
staff misconduct.

Inmate/Parolee Signature: _____    Date Submitted: 5-18-20 20

RECEIVED
MAY 19 2020
BY FSP APPEALS OFFICE

RECEIVED
JUN 12 2020
BY FSP APPEALS OFFICE

S T A F F

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]  FOR ANY IMPROPER POLICE  [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.   CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Ubaldo Gutierrez | *(signature)* | T-54463    5-18-2020 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER    DATE SIGNED |

| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
|---|---|---|
| | | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*Wednesday, May 20, 2020*

*GUTIERREZ, T54483*
*A 003A2004001L*

GRIEVANCE AGST STAFF, , 05/19/2020
Log Number: FSP-O-20-00823
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is</u>
<u>subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

***RO  Other***

***Your appeal was submitted to the Hiring Authority (HA) for determination of staff misconduct***
***on 05/19/2020. After review, it was determined that your appeal did not meet the criteria to be***
***processed as a staff misconduct appeal. If you disagree with CDW Johnson's SLR response on***
***FSP-O-20-00527, you are instructed to file FSP-O-20-00527 at the 3rd Level. This appeal is***
***essentially disputing the SLR findings for FSP-O-20-00527. Once again, the HA has***
***determined no staff misconduct issue exists.***

☑  K. Michels, Appeal Coordinator
☐  C. Carrillo, CCII (A)
☐  A. Pierson
☐  A. Brager, AGPA
Appeals Coordinator
Folsom State Prison

**RECEIVED**
12 AM
JUN 21 2020

BY FSP APPEALS OFFICE

**NOTE:**  If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
IF THIS 602 AGAINST CDW JOHNSON IS NOT CONSIDERED a staff complaint, file
as a regular 602. As for Higher Hiring Authority (HA) if its CDW Johnson who
is the (HA) against this 602, of course its not going to meet the criteria. Please have
the warden Rick M. Hill look this over, and please give me a name to who (HA) is.
Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

# EXHIBIT H