UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO MIO GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>P. REYERSBACH, *et al.*,<br><br>Defendants. | No.  2:22-cv-01492-TLN-JDP<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  The time to file objections has passed, and Plaintiff did not file any objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 28, 2023 (ECF No. 16) are ADOPTED IN FULL;
2. Service shall be initiated on J. Pantoja;
3. All other claims and defendants are DISMISSED without prejudice; and
4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

Date: November 1, 2023

Troy L. Nunley
United States District Judge