1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **UBALDO MIO GUTIERREZ,** | 2:22-cv-01492-TLN-JDP |
| Plaintiff, | **[Proposed] ORDER re: Def.'s Mot. to Opt Out of the Post-Screening ADR** |
| v. | |
| **P. REYERSBACH, ET AL.** | |
| Defendants. | |

Plaintiff Guterrez, an inmate proceeding pro se and under 42 U.S.C. § 1983, claims that Defendant Pantoja violated his constitutional rights for an incident that allegedly occurred at California State Prison – Folsom.

On November 27, 2023, the Court issued an order referring the case to its Post-Screening ADR Project and staying the action for a period of 120 days. (ECF No. 23.) After investigating Plaintiff's claims, Defendant moved to opt out of the Post-Screening ADR Project on grounds that a settlement conference would not be beneficial at this time.

1

Good cause appearing, the Court hereby GRANTS Defendant's Motion to Opt Out of the Post-Screening ADR Project and LIFTS the stay initiated on November 27, 2023.

IT IS SO ORDERED.

Dated:  February 6, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE