UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO MIO GUTIERREZ, | Case No. 2:22-cv-01492-TLN-JDP (PC) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| P. REYERSBACH, *et al.*, | |
| Defendants. | |

On May 28, 2024, plaintiff filed a motion to compel. ECF No. 29. To date, defendant has not filed a response to plaintiff's motion. Accordingly, defendant will be ordered to show cause why sanctions should not be imposed for his failure to file a response to plaintiff's motion. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. Defendant shall file a response to plaintiff's motion and show cause why sanctions should not be imposed for his failure to file a response to plaintiff's motion within fourteen days of this order.

2. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendant's default be entered.

1

IT IS SO ORDERED.

Dated: __July 10, 2024__  

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE