UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO MIO GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>P. REYERSBACH, *et al.,*<br><br>Defendants. | Case No.  2:22-cv-1492-TLN-JDP (P)<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendant's motion for summary judgment filed on November 12, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 47, is granted; and

2.  Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendant's motion for summary judgment.

IT IS SO ORDERED.


Dated:     December 10, 2024            _____
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE

1