UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO MIO GUTIERREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>J. PANTOJA, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-1492-TLN-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the February 28, 2025, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 52, is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   April 1, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1