UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO MIO GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>J. PANTOJA, et al.,<br><br>Defendants. | No. 2:22-cv-01492-TLN-JDP<br><br><br><br>**ORDER** |

Plaintiff Ubaldo Mio Gutierrez ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 28, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 51.) Plaintiff filed objections to the findings and recommendations on May 1, 2025. (ECF No. 54.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2025 (ECF No. 51), are ADOPTED IN FULL;

1

2. Plaintiff's opposition (ECF No. 49), construed as a request to re-open discovery, is DENIED;

3. Defendant's motion for summary judgment (ECF No. 46) is GRANTED;

4. Judgment is entered in Defendant's favor and against Plaintiff; and

5. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Date: May 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE